United States Bankruptcy Court



District of Arizona

**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

FILED

MAY 6 2009

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## DEBTOR CHANGE OF ADDRESS

Case No.: 09-09075      Chapter: 13

Debtor(s) Name: Carolyne Luna

NEW Mailing Address: 7724 E. Pearl Ct.
Street Address/P.O. Box Number

Suite/Apartment Number

Tucson       Az    85715
City          State  Zip Code

OLD Mailing Address: 2610 S. Oakenshield
Street Address/P.O. Box Number

Suite/Apartment Number

Tucson       Az    85730
City          State  Zip Code

Debtor(s) Signature: Carolyne Luna    May 5, 09
                                       Date

_____
                                       Date

DebtorAddChng/3/06

05/06/2009